[No. 13135.    Department One.    July 21, 1916.]

HARRY S. GOODRICH, *Appellant,* v. BENJAMIN F. BRAY *et al.,*
*Respondents.*[1]

Appeal from a judgment of the superior court for Douglas county,
Steiner, J., entered May 29, 1915, dismissing an action for specific
performance, tried to the court.    Remanded.

*Cannon & Ferris,* for appellant.
*Crollard & Crollard,* for respondents.

PER CURIAM.—During the oral argument of this appeal, counsel
on both sides conceded an adjustment, since confirmed by written
communications between them; so the cause is remanded with in-
structions to set aside the judgment heretofore rendered, reopen the
case, and allow the plaintiff until the first day of October, 1916, in
which to complete the performance of the obligations and conditions
upon his part under the contract involved, the defendants to be re-
lieved of intermediate maintenance fees during the present season;
but upon satisfactory test of the completed work by plaintiff, to
make full performance of all things remaining by them to be done.
The lower court is fully reinvested with the cause for such new or
supplemental hearings as may be necessary to carry into effect the
extended situation.    The costs of this court may be apportioned be-
tween the parties as the lower court on the conclusion of the con-
troversy may see fit.

[1]Reported in 158 Pac. 1199.